1
 2
 3                                              JS - 6
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  Otter Products, LLC,         )  Case No. **CV 12-4189-JFW (Ex)**
                                 )
12              Plaintiff,       )  **ORDER DISMISSING CIVIL ACTION**
                                 )
13       v.                      )
                                 )
14  Equipped LLC, et al.,        )
                                 )
15              Defendants.      )
    _____    )
16
17
18      THE COURT has been advised by counsel that this action
19  has been settled, or is in the process of being settled.
20      IT IS THEREFORE ORDERED that this action is hereby
21  dismissed without prejudice to the right, upon good cause
22  shown within **45 days**, to re-open the action if settlement is
23  not consummated.  During this 45 day period, this Court
24  retains full jurisdiction over this action and this Order
25  shall not prejudice any party to this action.
26  / / /
27  / / /
28

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: January 2, 2013

                                                  JOHN F. WALTER
                                        United States District Judge