JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Otter Products, LLC,         ) | Case No. **CV 12-4189-JFW (Ex)** |
|                              ) |  |
|          Plaintiff,          ) | **ORDER DISMISSING CIVIL ACTION** |
|                              ) |  |
|     v.                       ) |  |
|                              ) |  |
| Equipped LLC, et al.,        ) |  |
|                              ) |  |
|          Defendants.         ) |  |
| _____ ) |  |

   THE COURT has been advised by counsel that this action has been settled, or is in the process of being settled.
   IT IS THEREFORE ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within **45 days**, to re-open the action if settlement is not consummated. During this 45 day period, this Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.
/ / /
/ / /

In the event a motion or *ex parte* application to re-open is not filed within 45 days, the dismissal of this action will be with prejudice.

Dated: January 2, 2013

                                                JOHN F. WALTER
                                      United States District Judge